IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CV-00068-RLV
(5:05-CR-00009-RLV-DCK-3)

| | |
|---|---|
| SHONIKA GAIL ECKLES,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Respondent.  )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Motion for a sentencing transcript from November 2, 2009; a transcript of closing arguments held March 13, 2006; and Petitioner's motion for an extension of time to respond to the Government's Motion for Summary Judgment. (Doc. 18.) Petitioner argues that she needs the transcripts in order to effectively press her claim of ineffective assistance of counsel, in particular, instances she alleges occurred in connection with her resentencing. The Court finds that Petitioner has shown good cause to support her Motion.

**IT IS, THEREFORE, ORDERED** as follows:

1. Petitioner's Motion for the transcript of the March 13, 2006, proceeding (5:05-cr-00009-RLV-DCK-3, Doc. 813) is **GRANTED**.

2. Petitioner's Motion for the transcript of the November 2, 2009, resentencing hearing is **GRANTED**. The transcript shall be produced at the Government's expense.

3. Petitioner's Motion for Extension of Time to respond to the Government's Motion for

Summary Judgment is **GRANTED**. Petitioner shall have thirty days from receipt of the transcripts in order to file her response.

The Clerk of Court is respectfully directed to print a copy of the March 13, 2006, transcript and to notify the Court Reporter to prepare the November 2, 2009, transcript for service on Petitioner. Once the November 2, 2009, transcript is produced, it shall be docketed.

Signed: October 5, 2012

Richard L. Voorhees
United States District Judge