IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CV-00068-RLV
(5:05-CR-00009-RLV-DCK-3)

| | |
|---|---|
| SHONIKA GAIL ECKLES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**TO:  Terry O'Brien**
**Warden, United States Penitentiary, Hazelton**
**1640 Sky View Drive**
**Bruceton Mills, WV 26525**

This Court has scheduled an evidentiary hearing by videoconference for September 2, 2014, at 3:00 p.m., in order to receive evidence regarding a claim for relief raised by Petitioner Eckles in her motion to vacate, set aside or correct sentence, which she filed pursuant 28 U.S.C. § 2255. It is hereby requested that USP Hazelton make all appropriate arrangements to coordinate with this Court's staff for this appearance by Petitioner Eckles, including performing a "test call" no later than August 27, 2014. USP is requested to contact Kent Creasy, Automation for the United States District Court for the Western District of North Carolina, (704) 350-7424, in order to make these arrangements.

**IT IS SO ORDERED.**

Signed: August 20, 2014

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge