# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| SHONIKA GAIL ECKLES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | CASE NO. 5:11CV68 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2014, Order.

September 30, 2014

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court