IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CV-00068-RLV
(5:05-CR-00009-RLV-DCK-3)

| | |
|---|---|
| SHONIKA GAIL ECKLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on consideration of Petitioner's pro se motion for a certificate of appealability.

On September 29, 2014, this Court entered an order denying and dismissing the Petitioner's § 2255 motion to vacate, set aside or correct sentence. (Doc. No. 26). The Court found that Petitioner's claims were without merit and expressly declined to grant a certificate of appealability. After considering Petitioner's present motion, the Court finds that the motion for a certificate of appealability will be denied for the reasons stated in the Court's September 29th Order of dismissal.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for a certificate of appealability is **DENIED**. (Doc. No. 28).

**IT IS SO ORDERED.**

Signed: November 6, 2014

Richard L. Voorhees
United States District Judge